UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO. 21-cv-20369-JEM

TIFFANY ISBELL,

    Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINE,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

The parties to this lawsuit, by and through undersigned counsel, hereby notify the Court that all claims and causes of action between or among the parties in this lawsuit have been amicably resolved, pending execution of all settlement documents and delivery of settlement funds. The parties shall file a Joint Stipulation for Dismissal forthwith.

Respectfully submitted this 30th day of March 2021.

By: *s/ Valentina M. Tejera, Esq.*
Valentina M. Tejera, Esq.
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-7556 Direct Phone
(305) 406-5937 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)
vtejera@carnival.com
aconde@carnival.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served

1

this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Valentina M. Tejera, Esq.
        CARNIVAL CORPORATION
        3655 N.W. 87th Avenue
        Miami, Florida 33178-2428
        (305) 406-7556 Direct Phone
        (305) 406-5937 Assistant's Phone
        (305) 406-4732 Telefax
        Dedicated Judge's Phone (305) 406-5399
        (For Judges only)
        vtejera@carnival.com
        aconde@carnival.com

        By:   *s/ Valentina M. Tejera, Esq.*
             Valentina M. Tejera, Esq.
             Fla. Bar No.: 536946

## SERVICE LIST

| LOUIS A. VUCCI, PA | VALENTINA M. TEJERA, ESQ. |
|---|---|
| 1 SE 3rd Ave. Suite 3020 | vtejera@carnival.com |
| Miami, FL 33131 | 3655 N.W. 87th Avenue |
| Tel: (305) 573-0125 | Miami, FL 33178 |
| vuccilawgroup@gmail.com | Telephone: (305) 406-7556 |
| Attorneys for Plaintiff | Facsimile: (305) 406-4732 |
| | Attorney for Defendant |

[Service via CM/ECF Notice of Electronic Filing]